IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JULIO'S ENTERPRISES, INC., | Case No.: 8:09-cv-00108 |
| Plaintiff, | |
| v. | |
| SUANZ, INC., d/b/a JULIAN'S TEX-MEX RESTAURANT, ANTHONY CAVAZOS, JR., and MAHESH SHINDE, | |
| Defendant. | |

**ORDER**

This matter is before the Court on the Plaintiff Julio's Enterprises, Inc.'s Motion to Dismiss (Filing No. 27). Further, Plaintiff represents to the Court that the dismissal will be with prejudice with the parties bearing their own costs and attorney fees. The Court therefore finds the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Plaintiff's Motion to Dismiss (Filing No. 27) with prejudice is granted and that the parties will pay their own costs and attorney fees.

Dated this 29th day of October, 2009.

BY THE COURT:

S/F. A. Gossett
United States Magistrate Judge